IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Deborah Laufer, Plaintiff, <br><br> v. <br><br> LAXMIBEN CHAMPAKLAL LLC, Defendant. | Civil Action No. 4:20-cv-00032-LMM |

**PLAINTIFF'S BILL OF COSTS AND LITIGATION EXPENSES**

Plaintiff hereby submits the following bill of costs and expenses incurred in the instant action.   Litigation expenses are awardable pursuant to 42 U.S.C. Section 12205.

**Costs**

| | |
|---|---|
| Filing fees | $400.00 |
| Process server | $330.00 |
| Initial and follow-up investigator | $1300 |
| Bacon legal fees | $892.50 |
| Gillespie legal fees | $7920 |
| **Total costs and expenses:** | **$10,842.50** |

Respectfully submitted,

 _/s/ Tristan W. Gillespie__
Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com