UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DEBORAH LAUFER, individually,  :
                               :
        Plaintiff,             :
                               :
v.                             :   Case No. 4:20-cv-0032-LMM
                               :
LAXMIBEN CHAMPAKLAL, LLC       :
                               :
        Defendant.             :
_____/:

**AFFIDAVIT OF THOMAS B. BACON, ESQ.**

I, Thomas B. Bacon, Esq., hereby state under oath as follows:

1. I am an attorney for the above referenced Plaintiff. I have been an attorney since 1989 and a member in good standing in the Florida Bar; Pennsylvania Bar; Georgia Bar; U.S. District Courts for the Southern District Of Florida, Middle District Of Florida, Northern District Of Florida, Northern District Of Georgia, Middle District Of Georgia, Northern District Of Illinois, Central District Of Illinois, Southern District Of Illinois, Western District Of Texas, Western District Of Pennsylvania, Eastern District Of Pennsylvania, District Of Puerto Rico, Western District Of Wisconsin, Eastern District Of Wisconsin, District Of Colorado, Northern District Of New York, and the Southern District of New York. I am also admitted in the U.S. Courts Of Appeals For The: First Circuit, Second Circuit, The Third Circuit; (inactive), Fourth Circuit, Fifth Circuit, Sixth Circuit, Tenth Circuit and Eleventh Circuit. My resume is attached hereto as Exhibit 1.

2. I have handled several hundred Title III ADA cases during the course of my professional career. My resume is attached hereto.

3. I am an attorney in the instant action. I certify that I personally entered and fully reviewed my time records and supporting data submitted in this action and, specifically, in Plaintiffs' Fee Petition and that the motion is well grounded in fact and justified, and my time records and data are accurate.

4. The time sheets submitted by me are primary, rather than secondary. See Exhibit 2. At the time of each task, I personally open the time sheet file maintained on my computer. I personally enter the date, description of the task, and time in tenths of an hour. When appropriate, I add up the time and calculate the entire bill. The exhibit submitted as my time sheet is the original time sheet I maintain, converted into pdf version for submission as an exhibit.

5. A Bill of Costs and expenses incurred in this matter is attached hereto as Exhibit 3.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2020.

_____
Thomas B. Bacon