| Caplan, Caplan & Caplan Process Servers<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020018697<br>7/6/2020<br> |

TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.
5150 COTTAGE FARM RD
JOHNS CREEK, GA 30022

Reference Number: 3337

**Case Number: NORTHERN 4:20-CV-32-LMM**

Plaintiff:
**DEBORAH LAUFER**

Defendant:
**LAXMIBEN CHAMPAKLAL LLC**

Received: 6/22/2020   Served: 6/25/2020 12:16 pm   CORPORATE
To be served on: LAXMIBEN CHAMPAKLAL LLC C/O JAMES T. JOHNSTON, JR.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| OUT OF STATE RUSH FEE | 1.00 | 190.00 | 190.00 |
| TOTAL CHARGED: | | | $190.00 |
| **BALANCE DUE:** | | | **$190.00** |

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k