| | | |
|---|---|---|
| Caplan, Caplan & Caplan Process Serve<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020005524<br>3/4/2020<br><br>Original Date: 3/3/2020<br> |

TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.
5150 COTTAGE FARM RD
JOHNS CREEK, GA 30022

Reference Number: 3337

**Case Number: NORTHERN 4:20-CV-32-LMM**

Plaintiff:
**DEBORAH LAUFER**

Defendant:
**LAXMIBEN CHAMPAKLAL LLC**

Received: 2/13/2020   Served: 2/24/2020 12:21 pm  CORPORATE SERVICE
To be served on: LAXMIBEN CHAMPAKLAL LLC C/O JAMES T. JOHNSON, JR.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| OUT OF STATE ORIGINAL | 1.00 | 140.00 | 140.00 |
| TOTAL CHARGED: | | | $140.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$140.00** |