# THOMAS B. BACON, P.A.
## ATTORNEYS-AT-LAW
644 N. Mc Donald Street
Mount Dora, FL 32757
954-478-7811
tbb@thomasbaconlaw.com

Our file 3337: Laufer v. Laxmiben Champaklal, LLC, 4:20-cv-32 (N.D. Ga.), dba Royal Inn Calhoun

Timesheets Thomas B. Bacon

**Feb 2, 2020**
call with client                                                                          0.2

**Feb. 6, 2020**
review initial investigator report and screenshots                                        0.3
Correspondence to co-counsel re instructions for opening case                             0.3

**May 12, 2020**
review exchange of multiple emails between co-counsel and counsel for defendant
    re possible settlement                                             0.2
Correspondence to co-counsel re settlement negotiations                                   0.1

**May 20, 2020**
review order denying motion for default judgment                                          0.1
Correspondence to co-counsel re amended complaint                                         0.1

**June 13, 2020**
review June 12 email from co-counsel re websites                                          0.1
Correspondence to co-counsel re instructions                                              0.1

**August 5, 2020**
review email from co-counsel re settlement negotiations and exchange of emails
    between co-counsel and defendant's counsel                         0.2
Correspondence to co-counsel re instructions for settlement negotiations                  0.1

**Sept. 11, 2020**
review order granting default judgment                                                    0.1
Review file in preparation of affidavit, sign affidavit,                                  0.1
Correspondence to co-counsel re affidavit, timesheets, etc.                               0.1
                                                           ————

                                 Total TBB Time                    2.1
Compensable TBB Time ($425.00 multiply by 2.1 hours) = $892.50