# THOMAS B. BACON, P.A.
ATTORNEYS-AT-LAW

5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com

Our file 3337 - Laufer v. Laxmiben Champaklal LLC, 4:20-cv-00032-LMM
Royal Inn Calhoun GA, 510 GA-53, Calhoun, GA 30701

Tristan W. Gillespie Timesheet

**February 12, 2020**
| | |
|---|---|
| Review initial pre-suit investigation report and screenshots | 0.2 |
| Review correspondence from TBB re instructions for opening case | 0.1 |
| Research name and address of corporate owner of subject hotel. | 1.8 |
| Research whether Defendant had any prior ADA lawsuits filed against them. | 0.3 |
| Draft and file Civil Cover Sheet, Summons and Complaint. | 2.9 |

**February 12, 2020**
| | |
|---|---|
| Forward signed Summons and Complaint to process server. | 0.6 |

**February 20, 2020**
| | |
|---|---|
| Review standing order regarding civil litigation | 0.5 |

**March 4, 2020**
| | |
|---|---|
| Receive and file Return of Service | 0.4 |

**March 24, 2020**
| | |
|---|---|
| Review general order re court operations | 0.3 |

**March 31, 2020**
| | |
|---|---|
| Draft and file motion for clerk's entry of default | 1.9 |

**April 1, 2020**
| | |
|---|---|
| Draft and file motion for default judgment and proposed order | 2.9 |
| Review amended general order | 0.2 |

**May 19, 2020**
| | |
|---|---|
| Review/analyze order denying motion for default judgment | 0.5 |

**May 20, 2020**
| | |
|---|---|
| Draft and file motion for leave to amend complaint | 2.1 |

**June 11, 2020**
Review/analyze court order re motion to amend complaint                                      0.4

**June 22, 2020**
Review/ analyze order to show cause                                                           0.3
Draft and file amended complaint                                                              1.4

**July 6, 2020**
Receive and file return of service                                                            0.3

**July 17, 2020**
Draft and file motion for clerk's entry of default                                            0.6

**September 10, 2020**
Review order granting motion for default judgment                                             0.2
Draft and file motion for attorney fees                                                       2.9

                                                                                             ____
                            Total TG Time                                                    19.8
**Compensable TWG Time (19.8 hours multiply by $400.00/hr) = $7920.00**