# Daniel J Pezza

POSTBOX : 184, OLDSMAR, FL 34677
TELEPHONE: (954) 789-4079 – EMAIL: pezzad3284@gmail.com

## EDUCATION AND QUALIFICATIONS

**Asheville Buncombe Technical Community College**           September 2002 – November 2005
Associates Degree in Arts

ECS Learning Scranton Pennsylvania           September 1999 – May 2000
High School Diploma

- Math, Science, Social studies, World economics, English

### Additional Training and Qualifications

**APU**           September 2008 – May 2009
Database management studies

**Auto Cad II certification**           September 2014 – May 2015
Civil Engineering, Drafting, Mechanical engineering, Architecture, Blue printing

### Other Certifications

- 2010 ADA Standards
- WCAG 2.0

## RELEVANT EXPERIENCE

**ADA Accessibility Initial Investigator     March 2014 - Present**

- Perform pre-suit investigations to measure, photograph, document and survey ADA conditions

## OTHER EMPLOYMENT

**General Manager**           July 2001 – March 2014
SAMBAR Ent. LLC

- Providing and delivering general administrative support
- Directing and coordinating activities of various departments.
- Participating in formulating and administering company policies, developing and implementing long-range goals and objectives to meet business profitability growth objectives.
- Overseeing key projects, processes and performance reports, data and analysis.

## ADDITIONAL INFORMATION

### IT Skills

- Proficient in the use of Microsoft Office suite (Word, Excel, PowerPoint, Outlook)
PDF Adobe Acrobat Scanner, Internet and E-mail