# THOMAS B. BACON
## Attorney-At-Law

| | |
|---|---|
| **EDUCATION LEGAL** | The American University, Washington College of Law, J.D. May 1989 |
| **UNDER-GRADUATE** | State University of New York at Albany<br>B.A. May 1985: Political Science/History<br>Concentrated Studies in Economics and Military History |
| **ACTIVITIES** | Executive Editor, Editorial Board, Executive Board (1987-1989)<br>THE AMERICAN UNIVERSITY JOURNAL OF INTERNATIONAL LAW AND POLICY |
| **MEMBER** | Florida Bar, admitted 1998<br>Pennsylvania Bar, admitted 1989<br>Georgia Bar, admitted 2008<br>U.S. Southern District of Florida<br>U.S. Middle District of Florida<br>U.S. Northern District of Florida<br>U.S. Northern District of Illinois<br>U.S. Central District of Illinois<br>U.S. Southern District of Illinois<br>U.S. Western District of Texas<br>U.S. Western District of Pennsylvania<br>U.S. Eastern District of Pennsylvania<br>U.S. Northern District of Georgia<br>U.S. Middle District of Georgia<br>U.S. District of Puerto Rico<br>U.S. Western District Wisconsin |

        U.S. Eastern District Wisconsin
        U.S. Northern District of Colorado
        U.S. Northern District of New York
        U.S. Western District of New York
        U.S. First Circuit Court of Appeals
        U.S. Second Circuit Court of Appeals
        U.S. Third Circuit Court of Appeals (inactive)
        U.S. Fourth Circuit Court of Appeals
        U.S. Fifth Circuit Court of Appeals
        U.S. Sixth Circuit Court of Appeals
        U.S. Tenth Circuit Court of Appeals
        U.S. Eleventh Circuit Court of Appeals

**PUBLICATIONS**        When Your Grower's Agent Undersells Your Produce, Florida Grower, Jan. 2001

        A Winning Strategy For Hunt's Point Bribery Claims, Florida Grower, Feb. 2001

        Keeping Control of a Transaction That's Falling Apart, Florida Grower, Feb. 2000

        Attorney Fee Clauses in P.A.C.A. Disputes, The Packer, July 1999

        Claim Prevention and the Americans with Disabilities Act, published in conjunction with Continuing Legal Education Seminar, Pittsburgh PA 1997

        Temporary Employees, and Employer's Rights and Obligations, published in conjunction with Continuing Legal Education

Seminar, Pittsburgh PA 1997

INTELSAT: Pricing Flexibility to Preserve the System, 3 Am. U.J. Int'l L. & Pol'y 383 (Fall 1988)

**EXPERIENCE**

Attorney
**THOMAS B. BACON, P.A.** 2008 TO PRESENT
Counseling and representation of disabled persons under Title III of the Americans With Disabilities Act.

**Fuller, Fuller & Associates, P.A.,** 2006 - 2008
Counseling and representation of disabled persons under Title III of the Americans With Disabilities Act.

**Solo Practitioner,** 1997 - February 2006
Counseling and representation of individuals and businesses in all general matters and civil litigation.

Attorney, 1992 - 1997
**Polito & Smock,** Pittsburgh, PA
Counseling and representation in matters of general, business and commercial litigation.

Attorney, February 1991 - April 1992
**Doepken Keevican Weiss & Medved,** Pittsburgh, PA
Counseling and representation in general, business and commercial litigation.

Judicial Law Clerk, August 1989 - February 1991
**Honorable William Gardner, Superior Court of District of Columbia**
Analysis and recommendations to trial judge ranging the full

spectrum of general civil litigation.

Law Clerk, Summer 1988
**Reid & Priest**, Washington, D.C.
Analysis and recommendations on issues of telecommunications, taxation and federal energy regulation.

Law Clerk, Academic Year 1987 - 1988
**Wilson, Elser, Moskowitz, Edelman & Dicker**, Washington, D.C.
Analysis and recommendations on issues in insurance defense, contracts, medical malpractice, ethics, products liability, choice of laws, reinsurance treaty disputes, foreign arbitration, Iranian asset claims and foreign military sales.

Judicial Intern, Summer 1987
**Honorable Richard Salzman, Superior Court of the District of Columbia**
Analysis and recommendations to trial Judge on civil calendar.

Law Clerk, Summer 1987
**Small Business Administration, General Counsel's Office of Litigation**, Washington, D.C.
Analysis of issues in commercial litigation.