# TRISTAN W. GILLESPIE

Johns Creek, GA 30022
(404) 276-7277
gillespie.tristan@gmail.com

## ADA LEGAL COUNSEL

Experienced litigator with proven experience handling all aspects of law. Results-oriented practitioner with substantial first-chair experience. Demonstrated knowledge of commercial and governmental litigation including contractual matters, commercial leases, real estate, and land use. Self-motivated with logical and analytical capabilities and ability to succinctly summarize legal information quickly under pressure. Member of the Georgia, Maryland, Washington DC, New Jersey and New York State Bars.

## EXPERIENCE

**Americans with Disabilities Act Attorney**, Atlanta, GA          **2019 - present**
Counseling and representation of disabled persons under Title
III of the Americans with Disabilities Act.

**Marsh USA, Inc.**, Atlanta, GA          **2015 - 2018**
**Risk Management Specialist**
Advise Fortune 500 companies (e.g. Northrop Grumman, Oldcastle, Danaher) on their enterprise risk management programs.  Coordinate with major insurance carriers like Chubb and XL to create customized risk transfer solutions.  Counsel clients on insurance claims.
- Created customized insurance solutions to help large companies manage their environmental risk.
- Negotiated insurance policy terms with carriers to ensure greatest possible coverage at the lowest possible cost.
- Saved clients over $3,000,000 in premium expenses.

**Virginia Department of Environmental Quality**, Woodbridge, VA          **2014 - 2015**
**Regulatory Compliance Specialist**
Represented the Commonwealth of Virginia as an Underground Storage Tank Compliance Assurance Officer.  Served as in-house counsel for large Superfund cases (e.g. The Atlantic Wood Industries Site in Portsmouth, VA).  Assisted in the creation of new policies, procedures, and Department guidance documents to foster alternative dispute resolution.
- With record-breaking efficiency, tackled a high volume of compliance audits (nearly double the amount of any other person).
- Identified petroleum leaks at multiple gas stations and coordinated cleanup response actions and initiated regulatory enforcement actions.

**Brennan Law Firm, PC**, Cranbury, NJ          **2013 - 2014**
**Associate Attorney**
Zealously litigated and mediated a wide variety of commercial, contract and land-use cases representing both plaintiffs and defendants.

- After exhaustive discovery and motion practice, obtained multiple five-figure judgments at bench trials.
- Conducted multiple depositions uncovering admissions and settlement-inducing facts that adversaries had previously buried.

**United States Air Force**, Andrews AFB, MD                                           **2010 - 2013**
**Counsel / Program Manager**
Oversaw all litigation matters involving six-figure cost recovery issues. Managed all aspects of case development, research on responsible parties, discovery, settlement negotiations, taking and defending depositions, and working with expert witnesses.
- Coordinated Air Force positions with the U.S. Department of Justice and the U.S. Department of Defense, resulting in a total of $28 million dollars in settlements with large defense contractors.

**The Margolis Law Firm, LLC**, Roseland, NJ                                           **2009 - 2010**
**Litigator**
Managed the full spectrum of general commercial litigation and counseling for small to mid-sized companies (e.g. Ray Catena Motor Car Corp.). Drafted various legal documents including pleadings, motions, briefs, memos and opinion letters. Managed all aspects of trial and deposition advocacy.
- Won dozens of cases for clients through zealous advocacy and motion practice (~90% "win" ratio).
- Secured several five-figure settlements and judgments.

**Robertson, Freilich, Bruno & Cohen, LLC**, Newark, NJ                                **2008 - 2009**
**Litigator**
Served as common counsel for groups of similarly aligned parties in large Superfund cleanup cases (e.g. Diamond Alkali/ Passaic River Superfund Site). Handled all communications between these groups and opposing counsel. Served as chief liaison between potentially responsible parties and government regulators.
- Organized meetings, set agendas and encouraged dialog and harmony amidst groups of attorneys with often widely disparate viewpoints and legal positions to maximize legal bargaining power and achieved multi-million dollar savings for clients.

## ADDITIONAL RELEVANT EXPERIENCE

**U.S. Environmental Protection Agency Region 2**, New York, NY
**Grant Program Manager**
Spent 8 years overseeing the disbursement of agency grant funds. Administered a competition for these funds and organized a team of grant proposal reviewers.

## EDUCATION

**Juris Doctor**
Rutgers University School of Law, Newark, NJ

**Master of Science - Public Policy, cum laude**
Rutgers University, Eagleton Institute of Politics, New Brunswick, NJ

**Bachelor of Arts - Environmental Studies, magna cum laude**
State University of New York at Binghamton, Binghamton, NY